IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MIGUEL A. CRUZ,                          §
                                         §
            Plaintiff,                   §
                                         §
V.                                       §            No. 3:16-CV-1455-D
                                         §
ALLIANCE TRUCKING,                       §
                                         §
            Defendant.                   §

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

September 30, 2016.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE